**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 17-30055-NJR |
| Plaintiff, | ) | |
| vs. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1) and (b)(1)(C) |
| TAIWAN M. DAVIS, | ) | |
| Defendant. | ) | |

**FILED**

**INDICTMENT**

MAR 22 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

### COUNT 1

**DISTRIBUTION OF A CONTROLLED SUBSTANCE**

On or about August 29, 2016, in Madison County, Illinois, within the Southern District of Illinois,

**TAIWAN M. DAVIS,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).



1

DEREK J. WISEMAN
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention